UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-21291-CIV-DPG

ANTONIO MEDINA and all others similarly )
situated under 29 U.S.C. 216(b), )
                                                               )
                  Plaintiff, )
     vs. )
                                                               )
ABUELITOS FELICES II ALF INC., )
LIZANDRA ALCANTARA, )
OMAIDA GONZALEZ, )
                                                               )
                  Defendants. )
                                                                 )
_____

**PLAINTIFF'S STATEMENT OF CLAIM**

      Now comes the Plaintiff, through the undersigned, and pursuant to the Court's Notice of Court Practice [DE 17], and files the following Statement of Claim.

**Federal Half-time Overtime Claim (statutory period 4/5/14-11/20/16):**
Amount of half time per hour not compensated: $3.62 (based on Fed. MW)
Weeks: 137
Overtime hours per week: 65
Total wages unpaid and liquidated damages: $32,236.10 x 2 = $64,472.20

**Federal Minimum Wage Claim (statutory period 4/5/14-11/20/16):**
Weeks: 137
Hours worked per week: 105 hours
Minimum wage: $7.25/hr.
Wage paid: $3.33/hr
Wage owed: $3.92/hr
Amount owed: $3.92/hr x 137 weeks x 105 hours = $56,389.20
Total wages unpaid and liquidated damages: $56,389.20 x 2 = $112,778.40

TOTAL FEDERAL CLAIM: *$177,250.60*

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one half damages for any completely unpaid overtime hours based on the evidence adduced in discovery, and also to seek all minimum wage damages allowable under the Florida Statutes and Constitution.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870**
BY:____/s/ K. David Kelly_____
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA SAME ON 6/15/17 TO:**

**ALL CM/ECF RECIPIENTS**

**DANIEL T. FELD, ESQ.
DANIEL T. FELD P.A.
2847 HOLLYWOOD BLVD.
HOLLYWOOD, FL 33020**

**ISAAC JACKIE MAMANE, ESQ.
MAMANE LAW LLC
1150 KANE CONCOURSE
FLOOR 2
BAY HARBOR ISLANDS, FL 33154**

BY:____/s/ K. David Kelly_____
**K. DAVID KELLY, ESQ.**