UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-21291-CIV-GAYLES/OTAZO-REYES

ANTONIO MEDINA, and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

ABUELITOS FELICES II ALF INC.,
LIZANDRA ALCANTARA,
OMAIDA GONZALEZ,

        Defendants.

## PROPOSED SCHEDULING ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **January 8, 2018; Plaintiff proposes February 19, 2018**[1],[2] The **Calendar Call** will be held at 9:30 a.m. on Wednesday **January 3, 2018; Plaintiff proposes February 14, 2018**. A **Status Conference** will be held at 9:30 a.m. on Wednesday **October 4, 2017.** The parties shall adhere to the following schedule:

1. Joinder of additional parties and filing of motions to amend the complaint by; **Defendants propose June 28, 2017. Plaintiff proposes August 31, 2017.**

---

[1] Plaintiff's counsel is scheduled to begin trial in two other cases already set for the trial period beginning on January 8, 2018. In order to avoid representing to the Court a trial date in which Plaintiff is not available and later moving for a continuance, the Plaintiff has proposed a trial date as close as possible to the Expedited track as required by this Court.

[2] Defendants note that each date proposed by Plaintiff's counsel fails to comply with this Court's Order [DE 15] footnote #1 which states "In all **Expedited Track** cases (S.D. Fla. L.R. 16.1(a)(2)(A)) and all actions brought pursuant to **the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan**, the Trial *shall occur within nine months of the date Plaintiff(s) filed the action*." All dates proposed by Defendants are in accordance with this Court's Order [DE 15].

2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by; **Defendants propose July 5, 2017. Plaintiff proposes August 15, 2017.**

3. Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by; **Defendants propose July 5, 2017. Plaintiff proposes August 1, 2017.**

4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by; **Defendants propose July 17, 2017. Plaintiff proposes August 15, 2017.**

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by; **Defendants propose July 24, 2017. Plaintiff proposes August 31, 2017.**

6. Parties shall select a mediator pursuant to Local rule 16.2 and shall schedule a time, date, and place for mediation by; **Not applicable, parties already attended mediation.**

7. Fact discovery shall be completed by; **Defendants propose August 8, 2017. Plaintiff proposes October 31, 2017.**

8. Expert discovery shall be completed by; **Defendants propose August 8, 2017. Plaintiff proposes October 31, 2017.**

9. Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by; **Defendants propose September 8, 2017. Plaintiff proposes November 1, 2017.**

10. Mediation shall be completed by; **Not applicable, parties already attended mediation.**

11. All pretrial motions and memoranda of law, including motions in limine, shall be filed by; **Defendants propose November 8, 2017. Plaintiff proposes December 22, 2017.**

12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by; **Defendants propose December 8, 2017. Plaintiff proposes January 19, 2018.**

13. Electronic versions of documentary exhibits and Certificates of Compliance regarding Admitted Evidence shall be filed on CM/ECF by; **Defendants propose December 29, 2017. Plaintiff proposes February 9, 2018.**

                               Respectfully Submitted,

| | |
|---|---|
| J.H. Zidell P.A. | Daniel T. Feld, P.A. |
| Counsel for Plaintiff | Co-Counsel for Defendants |
| 300 71st Street, Suite 605 | 2847 Hollywood Blvd. |
| Miami Beach, Florida 33141 | Hollywood, Florida 33020 |
| Tel: (305) 865-6766 | Tel: (305) 308-5619 |
| Email: DanielFeld.Esq@gmail.com | Email: DanielFeld.Esq@gmail.com |
| | |
| By:  /s/ Bruno Garofalo_____ | By:  /s/ Daniel T. Feld_____ |
|     Bruno Garofalo, Esq. |     Daniel T. Feld, Esq. |
|     Florida Bar Number 122023 |     Florida Bar Number 0037013 |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 17-21291-CIV-DPG

ANTONIO MEDINA, and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

ABUELITOS FELICES II ALF INC.,
LIZANDRA ALCANTARA,
OMAIDA GONZALEZ,

        Defendants.
_____

### **ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

    In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

    1. Motions to Dismiss           Yes ____  No __X__

    2. Motions for Summary Judgment   Yes ____  No __X__

    3. All Pretrial Motions           Yes ____  No __X__

    4. Other (explain below)         Yes ____  No __X__

_____

_6/15/17_____          ____/s/ Bruno Garofalo _____
(Date)                       (Signature-Plaintiff's Counsel)

__6/15/17 ____         _____/s/ Daniel T. Feld _____
(Date)                       (Signature–Defendants' Counsel)